# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINTHA LEE TYIESHA CHANEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01221-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING CASE WITHOUT PREJUDICE<br><br>(ECF No. 5) |

Karintha Lee Tyiesha Chaney ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying Plaintiff's application for disability benefits pursuant to the Social Security Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On October 27, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's Social Security appeal be dismissed for failure to obey a court order and submit an application to proceed *in forma pauperis* or pay the filing fee, and for Plaintiff's failure to prosecute this action. (ECF No. 5.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. The deadline to file objections has long passed and no objections or any other filing have been submitted.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the filed objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on October 27, 2022 (ECF No. 5), are ADOPTED IN FULL;

2. This matter is DISMISSED, without prejudice, for failure to obey a Court order, failure to pay the filing fee, and for Plaintiff's failure to prosecute this action; and

3. The Clerk of the Court is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

Dated: __January 11, 2023__          _____
                                      SENIOR DISTRICT JUDGE